BASSONS INDUSTRIES CORP. v. CARTER MANNING et al.— Motion denied. (See *People ex rel. Manhattan Stor. & Warehouse Co.* v. *Lilly,* 299 N. Y. 281.) Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ.

## SECOND DEPARTMENT, JUNE, 1955.

### (June 6, 1955.)

MARGARET CATTERSON et al., Appellants, v. LONG ISLAND RAIL ROAD COMPANY, Respondent. JOSEPH J. TURCO, an Infant, by MARIA MARINAN, His Guardian ad Litem, et al., Plaintiffs, v. LONG ISLAND RAIL ROAD COMPANY, Defendant.— In an action on behalf of the infant plaintiff Catterson to recover damages for personal injuries alleged to have been sustained when an automobile, in which he was a passenger, was struck by defendant's train, and by his parent for medical expenses and loss of services, plaintiffs appeal from a judgment in favor of defendant entered on a jury verdict. The notice of appeal states that an order denying a motion to set aside the verdict and for a new trial is brought up for review. Judgment unanimously affirmed, with costs. No opinion. Appeal from order dismissed, without costs. No such order is printed in the record. Present — Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ. [See *post,* p. 877.]